Argued and submitted January 29, remanded for resentencing; otherwise affirmed March 3, 1993

STATE OF OREGON,
*Respondent,*

*v.*

DAVID STANLEY WEAVER,
*Appellant.*

(91CR1775; CA A72790)

847 P2d 416

Peter Gartlan, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Amy E. Alpaugh, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Deits, Presiding Judge, and Riggs and Durham, Judges.

PER CURIAM

## PER CURIAM

Defendant seeks modification of his sentence requiring reimbursement for court-appointed attorney fees in excess of the amount actually expended by the state. The trial court ordered defendant to pay $1,360 in attorney fees. However, the state concedes that the cost of his representation was only $310 and that it can recover only the amount actually expended. *State v. Guzek*, 89 Or App 567, 568, 749 P2d 618 (1988). We accept the state's concession and, accordingly, remand.

Remanded for resentencing; otherwise affirmed.